Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT FILED

for the

Eastern District of California

MAR 1 6 2017

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

Division

|  |  |
|---|---|
| Rene Ortiz | Case No. 2 17 - CV - 0 5 6 7 MCE CKD PS |
| *Plaintiff(s)* | *(to be filled in by the Clerk's Office)* |
| *(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | Jury Trial: *(check one)*  ☒ Yes  ☐ No |
| **-v-** | |
| ENHANCED RECOVERY COMPANY, LLC Kirk R Moquin Marty Sarim | |
| *Defendant(s)* | |
| *(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | |

## COMPLAINT FOR A CIVIL CASE

### I.   The Parties to This Complaint

#### A.   The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Rene Ortiz |
| Street Address | 7566 Phoenix Park Dr |
| City and County | Sacramento, Sacramento |
| State and Zip Code | California 95823 |
| Telephone Number | (916) 505-1145 |
| E-mail Address | rene-ortiz@live.com |

#### B.   The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | ENHANCED RECOVERY COMPANY, LLC |
| Job or Title *(if known)* | |
| Street Address | 8014 BAYBERRY RD |
| City and County | JACKSONVILLE, Duval |
| State and Zip Code | Florida 32256 |
| Telephone Number | (904) 680-2591 |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | Kirk Moquin |
| Job or Title *(if known)* | Manager |
| Street Address | 8014 BAYBERRY RD |
| City and County | JACKSONVILLE, Duval |
| State and Zip Code | Florida 32256 |
| Telephone Number | (904) 680-2591 |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | Marty Sarim |
| Job or Title *(if known)* | President |
| Street Address | 8014 BAYBERRY RD |
| City and County | JACKSONVILLE, DUVAL |
| State and Zip Code | Florida 32256 |
| Telephone Number | (904) 680-2591 |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal question            ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Fair Debt Collection Practices Act (FDCPA), 15 U.S.C. § 1692
Fair Credit Reporting Act (FCRA), 15 U.S.C. § 1681

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

    a.    If the plaintiff is an individual

        The plaintiff, *(name)* _____ , is a citizen of the
        State of *(name)* _____ .

    b.    If the plaintiff is a corporation

        The plaintiff, *(name)* _____ , is incorporated
        under the laws of the State of *(name)* _____ ,
        and has its principal place of business in the State of *(name)*

        _____ .

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

    a.    If the defendant is an individual

        The defendant, *(name)* _____ , is a citizen of
        the State of *(name)* _____ . Or is a citizen of
        *(foreign nation)* _____ .

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

    b.    If the defendant is a corporation

        The defendant, *(name)* _____ , is incorporated under

        the laws of the State of *(name)* _____ , and has its

        principal place of business in the State of *(name)* _____ .

        Or is incorporated under the laws of *(foreign nation)* _____ ,

        and has its principal place of business in *(name)* _____ .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

## III.    Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

I never conducted business with Enhanced Recovery Company (ERC), or ERC owners, Kirk Moquin or Marty Sarim, but reported an alleged account ERC alleged I owe them to the credit bureaus (CB) and committed the following violations of the FCRA and FDCPA (the Acts).

1.      Enhanced Recovery Company (ERC), a debt collector, did not provide me with 30 days to dispute the debt and reported the debt to the CR on September 18, 2016.

2.      ERC, a debt collector, inaccurately reported an invalid account to my credit history on September 18, 2016.

3.      ERC, a debt collector, failed to report a disputed account to the Credit Bureaus (CB) as a disputed account on September 18, 2016.

4.      ERC, a debt collector, reported a disputed account to the CB as a creditor on September 18, 2016.

5.      ERC, creditor, reported a disputed account to the CB as a debt collector on September 18, 2016.

6.      ERC, a debt collector, misrepresented themselves when they reported an invalid account on September 18, 2016.

7.      ERC, a debt collector, did not provide me with 30 days to dispute the debt and reported the debt to the CR on September 23, 2016.

8.      ERC, a debt collector, inaccurately reported an invalid account to my credit history on September 23, 2016.

9.      ERC, a debt collector, failed to report a disputed account to the Credit Bureaus as a disputed account on September 23, 2016.

10.     ERC, a debt collector, reported a disputed account to the CB as a creditor on September 23, 2016.

11.     ERC, creditor, reported a disputed account to the CB as a debt collector on September 23, 2016.

12.     ERC, a debt collector, misrepresented themselves when they reported an invalid account on September 23, 2016.

13.     ERC, a debt collector, did not provide me with 30 days to dispute the debt and reported the debt to the CR on September 28, 2016.

14.     ERC, a debt collector, inaccurately reported an invalid account to my credit history on September 28, 2016.

15.     ERC, a debt collector, failed to report a disputed account to the Credit Bureaus as a disputed account on September 28, 2016.

16.     ERC, a debt collector, reported a disputed account to the CB as a creditor on September 28, 2016.

17.     ERC, creditor, reported a disputed account to the CB as a debt collector on September 28, 2016.

18.     ERC, a debt collector, misrepresented themselves when they reported an invalid account on September 28, 2016.

19.     ERC, a debt collector, reported an invalid account on September 18, 2016

20.     ERC, a creditor, reported an invalid account on September 18, 2016

21.     ERC, a debt collector, reported an invalid account on September 18, 2016

22.     ERC, a creditor, reported an invalid account on September 18, 2016.

23.     ERC, a debt collector, reported an invalid account on September 23, 2016

24.     ERC, a creditor, failed to validate an account and reported that invalid account to the CBs on September 18, 2016.

25.     ERC, a debt collector, failed to validate an account and reported that invalid account to the CBs on September 18, 2016.

26.     ERC, a debt collector, refused to cease and desist (C/D) by reporting a disputed debt to CBs on September18, 2016.

27.     ERC, a creditor, refused to cease and desist (C/D) by reporting a disputed debt to CBs on September18, 2016.

28.     ERC, a debt collector, reported a disputed debt to CBs as theirs on September 18, 2016.

29.     ERC, a debt collector, misrepresented itself on September 18, 2016 when it reported an invalid account to the CB my CR.

CONTINUED ON SUPPLEMENTAL PAGE--

<u>**Pro Se  Complaint for a Civil case**</u>

## III.    STATEMENT OF CLAIM-Continued

SUPPLEMENTAL PAGE  1 OF 2

VIOLATIONS CONTINUED –


30.     ERC, a creditor, misrepresented itself on September 18, 2016 when it reported an invalid account to the CB my CR.

31.     ERC, creditor, reported an invalid account on September 23, 2016

32.     ERC failed to report a debt to CBs as a disputed debt as a Collector on September 18, 2016.

33.     ERC refused to cease and desist (C/D) by reporting a disputed debt to CBs on September18, 2016.

34.     ERC, a debt collector, harassed me to cause me harm on September 18, 2016.

35.     ERC, a debt collector, purchased and misused my Social Security number (SSN) to report an invalid debt to the Credit Bureaus on September 18, 2016.

36.     ERC, a creditor, did not provide me with 30 days to dispute the debt and reported the debt to the CR on September 18, 2016.

37.     Enhanced Recovery Company (ERC) did not validate an account but reported the invalid account debt to Credit Bureaus (CB) on September 18, 2016 in violation of FCRA.

38.     ERC did not validate an account but reported the invalid account debt to CB on September 23, 2016 in violation of FCRA.

39.     ERC, a debt collector, failed to reported a debt as a disputed debt to the CB on September 18, 2016.

40.     ERC, a creditor, did not provide me with 30 days to dispute the debt and reported the debt to the CR on September 23, 2016

41.     ERC, a creditor, did not provide me with 30 days to dispute the debt and reported the debt to the CR on September 28, 2016

42.     ERC, a debt collector, reported a disputed debt to CBs as theirs on September 23, 2016.

43.     ERC, a debt collector, failed to validate an account and reported that invalid account to the CBs on September 23, 2016.

44.     ERC, a debt collector, refused to cease and desist (C/D) by reporting a disputed debt to CBs on September 23, 2016.

45.     ERC, a creditor, refused to cease and desist (C/D) by reporting a disputed debt to CBs on September 23, 2016.

46.     ERC, a creditor, harassed me to cause me harm on September 18, 2016.

47.     ERC, a debt collector, harassed me to cause me harm on September 23, 2016.

48.     ERC, a debt collector, refused to cease and desist (C/D) by reporting a disputed debt to CBs on September 23, 2016.

49.     ERC, a creditor, refused to cease and desist (C/D) by reporting a disputed debt to CBs on September 23, 2016.

50.     ERC, a debt collector, misrepresented itself on September 23, 2016 when it reported an invalid account to the CB my CR.

<u>Pro Se  Complaint for a Civil case</u>

## III.     STATEMENT OF CLAIM-Continued

SUPPLEMENTAL PAGE  2 OF 2

51.      ERC, a creditor, misrepresented itself on September 23, 2016 when it reported an invalid account to the CB my CR.

52.      ERC, a debt collector, did not provide me the 5-day re-insertion notice as prescribed by federal statute when they reported an invalid account on September 23, 2016 to my credit file.

53.      ERC, a creditor, did not provide me the 5-day re-insertion notice as prescribed by federal statute when they reported an invalid account on September 23, 2016 to my credit file.

54.      ERC, a debt collector, did not provide me the 5-day re-insertion notice as prescribed by federal statute when they reported an invalid account on September 28, 2016 to my credit file.

55.      ERC, a creditor, did not provide me the 5-day re-insertion notice as prescribed by federal statute when they reported an invalid account on September 28, 2016 to my credit file

56.      ERC, a creditor, reported an invalid account on September 18, 2016 when the Statutes of Limitations (SOL) had expired on the account.

57.      ERC, a debt collector, reported an invalid account on September 18, 2016 when the Statutes of Limitations had expired on the account.

58.      ERC, a creditor, reported an invalid account on September 23, 2016 when the Statutes of Limitations had expired on the account.

59.      ERC, a debt collector, reported an invalid account on September 23, 2016 when the Statutes of Limitations had expired on the account.

60.      ERC, a creditor, reported an invalid account on September 28, 2016 when the Statutes of Limitations had expired on the account.

61.      ERC, a debt collector, reported an invalid account on September 28, 2016 when the Statutes of Limitations had expired on the account.

62.      ERC, a debt collector, failed to reported a debt as a disputed debt to the CB on September 23, 2016.

63.      ERC, a debt collector, failed to reported a debt as a disputed debt to the CB on September 28, 2016.

64.      ERC, a creditor, failed to reported a debt as a disputed debt to the CB on September 23, 2016.

65.      ERC, a creditor, failed to reported a debt as a disputed debt to the CB on September 28, 2016.

## IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

As a result of defendants' failure to comply with the requirements of the FCRA and FDCPA (the Acts), plaintiff has suffered actual damages, including economic loss, denial credit, lost opportunity to receive credit, damage to reputation, invasion of privacy, degraded social standing, and economic distress for which plaintiff seeks damages in an amount to be determined by the jury, to include penalties imposed for each of the 65 violations of the Acts committed by the defendants.
Plaintiff also seeks punitive damages in an amount to be determined by the jury.

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    3 | 13 | 2017

Signature of Plaintiff

Printed Name of Plaintiff    Rene Ortiz Pro Se

### B.    For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

State and Zip Code
Telephone Number
E-mail Address