UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENE ORTIZ,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ENHANCED RECOVERY COMPANY,<br>et al.,<br><br>　　　　　Defendants. | No. 2:17-cv-0567 MCE CKD PS<br><br><br>ORDER |

　　　　Plaintiff is proceeding pro se. Plaintiff has filed an in forma pauperis affidavit in which she states that her monthly gross wages are $2775.20 and her take home pay is $1351.19. Plaintiff also receives monthly VA compensation but declines to state the amount.

　　　　Pursuant to federal statute, a filing fee of $350.00 is required to commence a civil action in federal district court. 28 U.S.C. § 1914(a). In addition, a $50.00 general administrative fee for civil cases must be paid. 28 U.S.C. § 1914(b). The court may authorize the commencement of an action "without prepayment of fees and costs or security therefor, by a person who makes affidavit that he is unable to pay such costs or give security therefor." 28 U.S.C. § 1915(a). The amount of plaintiff's income shows that plaintiff is able to pay the filing fee and costs. Thus, plaintiff has made an inadequate showing of indigency. See Alexander v. Carson Adult High

/////

1

1  Sch., 9 F.3d 1448 (9th Cir. 1993); <u>California Men's Colony v. Rowland</u>, 939 F.2d 854, 858 (9th

2  Cir. 1991); <u>Stehouwer v. Hennessey</u>, 841 F. Supp. 316, (N.D. Cal. 1994).

3       Accordingly, IT IS HEREBY ORDERED that plaintiff is granted fourteen days in which

4  to submit the appropriate fees to the Clerk of the Court.  Plaintiff is cautioned that failure to pay

5  the filing and general administrative fees in the amount of $400 will result in a recommendation

6  that the application to proceed in forma pauperis be denied and the instant action be dismissed

7  without prejudice.

8  Dated: March 22, 2017

     /s/ Carolyn K. Delaney

9       CAROLYN K. DELANEY
10      UNITED STATES MAGISTRATE JUDGE

12 4 ortiz0567.ifp.den

2